UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Trustees of the Twin City Carpenters and Joiners Pension Plan and each of their successors,<br><br>    Plaintiffs,<br><br>vs.<br><br>Gen-Con Construction, Diversified Contracting Specialists, Inc. d/b/a or a/k/a Gen-Con Construction, Gen-Con Companies Incorporated d/b/a and a/k/a Gen-Con Construction, Graus Construction, Inc., d/b/a Graus Contracting, Inc., and Graus Contracting, Inc. | Defendants.<br>Civil File No.: 10-CV-2261 PAM/JJK<br><br><br><br><br>**ORDER FOR JUDGMENT** |

_____

The Plaintiffs and Defendants, through their counsel, have entered into a Confession for Judgment (Doc. No. 32). Based upon the Confession of Judgment, this Court makes the following:

### **ORDER**

Defendants Gen-Con Construction, Diversified Contracting Specialists, Inc., Gencon Companies Incorporated, and Graus Construction, Inc. are jointly and severally liable to the Plaintiffs in the amount of Five Hundred Thousand Two Hundred Twenty-Seven and 20/100 Dollars ($500,227.20).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: __March 8__, 2011.                     s/Paul A. Magnuson
                                                            The Honorable Paul A. Magnuson
                                                            United States District Court Judge